UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>LANCE GRANDBERRY,<br><br>　　　　　　　　　　　　Defendant(s). | Case No. 2:07-CR-60 JCM (VCF)<br><br>ORDER |

　　　　Presently before the court is petitioner Lance Grandberry's motion for leave to proceed *in forma pauperis*. (ECF No. 154).

　　　　Also before the court is petitioner's motion for reporter's transcript of sentencing. (ECF No. 155).

　　　　Pursuant to LSR 1-1, a party seeking to proceed *in forma pauperis* must include a financial affidavit disclosing the applicant's income, assets, expenses, and liabilities. Additionally, a motion to proceed *in forma pauperis* filed by an inmate, as here, must be accompanied by a certificate from the institution housing the inmate that certifies the amount of funds held in the inmate's account for the last six (6) months. LSR 1-2.

　　　　Petitioner has submitted an application showing his inability to pay the fees and costs associated with his case. (ECF No. 154). However, he has failed to comply with LSR 1-2 by not submitting a certified copy of his inmate account for the last six months.

　　　　Thus, the court will deny petitioner's motion for leave to proceed *in forma pauperis* (ECF No. 154).without prejudice. Further, the court will deny petitioner's motion for reporter's transcript of sentencing (ECF No. 155) without prejudice as moot since it is based on petitioner's *in forma pauperis* status.

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that petitioner's motion for leave to proceed *in forma pauperis* (ECF No. 154) be, and the same hereby is, DENIED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that petitioner's motion for reporter's transcript (ECF No. 155) be, and the same hereby is, DENIED WITHOUT PREJUDICE as moot.

DATED September 26, 2016.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -