UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>LANCE GRANDBERRY,<br><br>　　　　　　　　　　　Defendant(s). | Case No. 2:07-CR-60 JCM (VCF)<br><br>ORDER |

　　　　Presently before the court is *United States v. Grandberry*, case no. 2:07-cr-00060-JCM-VCF.  Petitioner Lance Grandberry ("petitioner") filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 based upon the application of *Johnson v. United States*, 135 S. Ct. 2551 (2015), to his sentence.  (ECF No. 171).

　　　　Briefing shall proceed as follows: respondent has thirty (30) days from the date of this order to file a response.  Thereafter, petitioner has thirty (30) days to file a reply.

　　　　Accordingly,

　　　　IT IS HEREBY ORDERED that respondent shall file a response to petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (ECF No. 171) no later than thirty (30) days from the date of this order.  Petitioner shall file a reply within thirty (30) days thereafter.

　　　　DATED January 10, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**