UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:07-CR-60 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| LANCE GRANDBERRY, | |
| Defendant(s). | |

Presently before the court is defendant Lance Grandberry's motion to stay his motion to vacate. (ECF No. 181). Plaintiff United States of America ("the government") filed a response (ECF No. 182), to which defendant replied (ECF No. 183).

Also before the court is the government's motion for leave to advise the court of new authority. (ECF No. 180). Defendant did not file a response and the time to do so has passed.

On January 14, 2008, the court sentenced defendant to 216 months of custody followed by five years of supervised release for interfering with commerce by robbery in violation of 18 U.S.C. § 1951 and use of a firearm during a crime of violence 18 U.S.C. § 924(c). (ECF Nos. 82, 84). On June 17, 2016, defendant filed an abridged motion to vacate, set aside, or correct the conviction pursuant to 28 U.S.C. § 2255. (ECF No. 171). On December 13, 2016, defendant filed a supplemental, fully-briefed motion to vacate. (ECF No. 167).

Now, defendant requests that the court stay his motion to vacate until the Ninth Circuit issues a mandate in *United States v. Blackstone*, 903 F.3d 1020 (9th Cir. 2018) or until the United States Supreme Court resolves *certiorari*, whichever occurs later. (ECF No. 181). Because *Blackstone* is an ongoing appeal pertaining to mandatory authority that will affect the outcome of this litigation, the court will grant defendant's motion to stay.

**James C. Mahan**
**U.S. District Judge**

As for the government's motion, the court will allow the government to file supplemental briefing on *Blackstone* after the ongoing appeal has concluded. The court will also provide defendant with an opportunity to respond.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant's motion to stay (ECF No. 181) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the government motion for leave to advise the court of new authority (ECF No. 180) be, and the same hereby is, GRANTED, consistent with the foregoing.

IT IS FURTHER ORDERED that the matter defendant's motion to vacate (ECF Nos. 167, 172) be, and the same hereby is, STAYED.

The parties shall file a stipulation to lift stay within ten (10) days after the Ninth Circuit issues a mandate in *United States v. Blackstone*, 903 F.3d 1020 (9th Cir. 2018) or the United States Supreme Court resolves *certiorari*, whichever occurs later.

After the court lifts stay, the government shall have fourteen (14) days to file a supplemental brief pertaining to any new authority relevant to this action. Thereafter, defendant shall have fourteen (14) days to respond, and the government shall have seven (7) days to reply.

DATED May 8, 2019.

_____
UNITED STATES DISTRICT JUDGE