# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

United States of America,

          Plaintiff,

    v.

Lance Grandberry,

          Defendant.

JUDGMENT

Case Number: 2:07-cr-00060-JCM-VCF

(Related case: 2:16-cv-01389-JCM)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that petitioner's abridged motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 be, and the same hereby is, DENIED. IT IS FURTHER ORDERED that petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 be, and the same hereby is, DENIED. The court declines to issue a certificate of appealability.

9/10/2019
Date

DEBRA K. KEMPI
Clerk

/s/ M. Reyes
Deputy Clerk